UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  *2:25-cv-11566-RGK-MAR*                                                        Date:  June 22, 2026

Title    *Jarris Silagi v. The People of the State of California*

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF JURISDICTION AND AS UNTIMELY**

On November 24, 2025, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to U.S.C. § 2254 ("section 2254").  ECF Docket No. ("Dkt.") 1.  The Petition lacks sufficient facts to establish the Court's jurisdiction or the Petition's timeliness.  On April 21, 2026, the Court issued an Order to Show Cause why the Petition should not be dismissed for lack of jurisdiction and exhaustion.  Dkt. 4.

On February 2, 2026, the Court issued an Order to Show Cause (OSC) why the Petition should not be dismissed for lack of jurisdiction and untimeliness.  Dkt. 4.  Petitioner filed a response to the OSC, repeating his claim that he is innocent of the charges of which he was convicted by a jury in the California Superior Court, Los Angeles County Case No. SA082728.  See Dkt. 10.  Petitioner alleges that his Fifth Amendment right to due process was violated because the elements of the crime he was convicted of were not satisfied.  Id.  He also alleges that his attorney's "refusal" to raise the issue of insufficient evidence on appeal, despite his request that she do so, violated the Equal Protection Clause and his right to due process.  Id.  Petitioner requests trial transcripts from the state court proceeding.

Petitioner's response fails to address the deficiencies noted in the OSC.  Particularly, the response fails to address how the Petition is timely despite the lapse in AEDPA's one year limitations period.  See Dkt. 4, Dkt. 10.  Additionally, Petitioner repeats that he was sentenced to five years, but fails to address that nearly ten years have elapsed since he was sentenced and therefore it is not clear that Petitioner is "in custody pursuant to the judgment of a State court" that he challenges in the Petition.  See 28 U.S. Code § 2254; Bailey v. Hill, 599 F.3d 976, 978 (9th Cir. 2010) ("in custody" requirement is jurisdictional).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  *2:25-cv-11566-RGK-MAR*                                          Date:  June 22, 2026

Title       *Jarris Silagi v. The People of the State of California*

Accordingly, Petitioner is ordered to show cause in writing **within twenty-eight (28) days** of this Order, **by July 16, 2026**, to respond to the Court's OSC.  Petitioner shall respond to the Court's OSC by (1) addressing this Court's jurisdiction over his claim and (2) explaining how the Petition is timely.

**The Court warns Petitioner that failure to timely respond as directed in result in dismissal of this action for lack of jurisdiction, untimeliness, and/or failure to prosecute.**

**IT IS SO ORDERED.**

|  | : |
| --- | --- |
| **Initials of Preparer** | ev |